(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_William Boyd_

(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. _07-376_

_Wilmington Trust Co._

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)
   for discrimination related to _____ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at _602 Tamara Circle_
   (Street Address)
   _Newark_  _Newcastle_  _DE_  _19711_
   (City)   (County)    (State)  (Zip Code)
   _(302) 250-7484_
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at _1100 N. Market St PO Box 8894_
   (Street Address)
   _Wilmington_  _Newcastle_  _DE_  _19899_
   (City)      (County)    (State)  (Zip Code)

4. The alleged discriminatory acts occurred on _13_, _06_, _2006_.
   (Day)  (Month)  (Year)

5. The alleged discriminatory practice  ☒ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
(Street Address)    (City)    (County)    (State)    (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
                                                              (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☐

   If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

Wilmington Trust Allowed John Boyd To open An Account (B+R) which I was liable and Responsible for. I Did Not Know of This Account. John sold B+R Co. for 4 million Dollars. He Deposit The checks in This Account. Wilm Trust Finally Shuts it Down Because I am Not There. They Do Not Tell me About it / I am customer of Wilm. Trust. John Also was Depositing checks made out To my company in His Account. I Had Suspicion/Told Wilm. Trust About it and They

10.    Defendant's conduct is discriminatory with respect to the following:

       A. ☐    Plaintiff's race
       B. ☐    Plaintiff's color
       C. ☐    Plaintiff's sex
       D. ☐    Plaintiff's religion
       E. ☐    Plaintiff's national origin

Told me They could Not Do Anything About it.

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

I PRAY FOR COMPENSATION OF ALL MONIES THAT JOHN BOYD DEPOSIT INTO THE B&B ACCOUNT. I ALSO WANT COMPENSATION FOR DAMAGES CAUSED BY JOHN BOYD TAKING CHECKS FROM/MADE OUT TO ALLSTATE. FINALLY COMPENSATED FOR DAMAGES CAUSED TO ME/ THE LOSSES OCCURRED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/12/07

_William Boyd_
(Signature of Plaintiff)

JS 44 (Rev. 11/04)    **CIVIL COVER SHEET**    07-376

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** William Boyd

**DEFENDANTS** Wilmington Trust Co.

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(b) County of Residence of First Listed Plaintiff  New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William Boyd
602 Tamara Circle
Newark, DE 19711

Attorneys (If Known)  PO Box 8894
Wilmington DE 19899

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 550 Civil Rights |  |  |  |
|  | ☒ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 USC, 18 USC, 18 USC 2315, 18 USC 1951, 18 USC 642-659, 15 USC
Brief description of cause:
Banking Fraud, Embezzlement, Extortion, Anti Trust

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 4,000,000.00    CHECK YES only if demanded in complaint:  JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**    (See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE 6/12/07    SIGNATURE OF ATTORNEY OF RECORD  /s/ William Boyd

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07cv376

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___6-12-07___  
(Date forms issued)

___William Boyd___  
(Signature of Party or their Representative)

___William Boyd___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action