IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) Civil Action No. 07-376-JJF |
| WILMINGTON TRUST CO., | ) ) |
|     Defendant. | ) ) |

**ORDER**

At Wilmington this 25 day of June, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge