OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

TO:

**William Boyd**
602 Tamara Circle
Newark, De 19711

> **RE:   U.S. Marshal 285 Forms**
> ***Civ. No.*** 07-376 JJF

Dear Mr Boyd.:

Please be advised that this office has received all required
U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be
forwarded to the U.S. Marshal for service in accordance with the
Court's orders.

Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:   The Honorable Joseph J. Farnan, Jr.
U.S. Marshal
Pro Se Law Clerk