IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM BOYD, :
:
      Plaintiff, :
:
v. : Civil Action No. 07-376-JJF
:
WILMINGTON TRUST COMPANY :
:
      Defendant. :

## ANSWER

Defendant, by and through the undersigned counsel, hereby answers Plaintiff's Complaint as follows:

    1.    This paragraph states a legal conclusion as to which no response is required. By way of further answer, Defendant denies that Plaintiff's claims have legal or factual merit and that this Court has jurisdiction over the Complaint.

    2.    Defendant is without sufficient information to admit or deny the allegations of this paragraph.

    3.    Admitted that Defendant's offices are located at 1100 North Market Street, Wilmington, Delaware. The remaining allegations of this are illegible and are therefore denied.

    4.    Denied.

    5.    Denied.

    6.    Denied.

    7.    Denied.

8. Defendant is without sufficient information to admit or deny the allegations of this paragraph.

9. Denied.

10. Denied.

11. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by his failure to exhaust administrative remedies and/or other applicable federal or state statutes of limitation, jurisdictional and/or administrative requirements.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims fail, in whole or in part, because at all times Defendant made a good faith effort to comply with applicable law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by his failure to mitigate damages.

DB02:6352828.1   900002.0005

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

### SIXTH AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over Plaintiff's Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed for failure to join indispensable party.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint may be denied in whole or in part with the doctrine of after-acquired evidence.

WHEREFORE, Defendant respectfully requests that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Monté T. Squire, Esquire (I.D. No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515
bwilloughby@ycst.com; msquire@ycst.com
Attorneys for Defendant, Wilmington Trust Company

Dated: November 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, a copy of the foregoing Answer was served by United States First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, on Plaintiff *pro se*:

> William Boyd
> 602 Tamara Circle
> Newark, DE 19711
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Barry M. Willoughby*
> Barry M. Willoughby, Esquire (I.D. No. 1016)
> Monté T. Squire, Esquire (I.D. No. 4764)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666; (302) 571-6713
> Facsimile: (302) 576-3345; (302) 576-3515
> bwilloughby@ycst.com; msquire@ycst.com
> Attorneys for Defendant, Wilmington Trust Company

Dated: November 7, 2007