| | | |
|---|---|---|
| WILLIAM BOYD, | > | ORIGINAL |
| Plaintiff | > | |
| VS. | > | |
| | > | Civ. No. 07-376-JJF |
| WILMINGTON TRUST CO., | > | |
| Defendant | > | |

Plaintiff
William Boyd
602 Tamara Circle
Newark, De 19711
(302) 368-9049

Defendant
Wilmington Trust Co.
1100 North Market Street
Wilmington, DE 19890
(302)652-2378

Date: 11/28/07



1

## AMENDED CERTIFICATE OF SERVICE

On November 26, 2007 I, William Boyd handed in my "Response to the Defendant's Motion To Dismiss". I am correcting the misprinted date and address information for all parties. The content in the response is not changed. Please let this corrected document supersede the old document.

Respectfully,

*[signature: William Boyd]*

William Boyd

Date: 11/28/07

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on November 28, 2007, I delivered and served a true and correct copy of Petitioner's "Amended Certification of Service" to the Clerk of Court of the USDC of Delaware.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Wilmington Trust's Council Barry M. Willoughby and Monte T. Squire in the manner of priority mail.

Thank you,

*William Boyd* (signature)

William Boyd
602 Tamara Circle
Newark, DE 19711

Defendant's Council info:
Barry M. Willoughby, Esquire
Monte T. Squire, Esquire

Young, Conway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515