

| | | |
|---|---|---|
| WILLIAM BOYD, | > | |
| | > | |
| Plaintiff | > | |
| | > | |
| VS. | > | |
| | > | |
| | > | Civ. No. 07-376-JJF |
| | > | |
| WILMINGTON TRUST CO., | > | |
| | > | |
| Defendant | > | |
| | > | |
| | > | |

Plaintiff
William Boyd
602 Tamara Circle
Newark, De 19711
(302) 368-9049

Defendant
Wilmington Trust Co.
1100 North Market Street
Wilmington, DE 19890
(302)652-2378

Date: 06/13/08



1

## REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME

I am requesting/asking/praying for the courts to appoint me council (28 USC 1915). I have exhausted all reasonable means to find council. However, I financially can not afford council.

I have recently discovered that I have this option for the courts to appoint council (a lawyer) for civil plaintiff's cases (28 USC 1915(e)(1))). Before, I was lead to believe that I could only receive financial help in the fees of filing my original complaint and the serving the paper work to the defendants. I had no knowledge that the courts could assign council to civil plaintiff cases. This is a new discovery for me being pro se.

I have already filled out the courts form to receive assistance in covering the filing charges. Please let me know if you need additional information from me. Since I qualified for 28 USC 1915 in this section; I would have to pray that I would qualify for the courts qualifications of being appointed a lawyer. I am financially not capable to afford a lawyer and this case would be in dire jeopardy without a lawyer.

I would also request additional time to let my new council/lawyer amend my complaints. A new lawyer would also need time to get familiar with the case and properly present my complaint.

I would like to thank the courts for their time. Again, I am requesting the courts to assign council/a lawyer to my case. I can not financially afford a lawyer and my cases need council/a lawyer. Since I qualified for the filing assistance; I would pray that I would qualify for the council/lawyer assistance.
I would also ask the courts for additional time to file my amendment and let the new lawyer get familiar with my case.

Again, thank you.
Sincerely,

*[signature: William Boyd]*

William Boyd
Date: 06/13/08
CC:

William Boyd
    No Assets
    Checking Account: $0.00
    Savings Account: $0.00
    Income: Presently no job/no work
    Dependants: Son Full Time
    Child Support: Mother does not pay child support
    Allstaff and B and R have no assets/money and have no banking accounts

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on June 13, 2008, I delivered and served a true and correct copy of Petitioner's "REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME" to the Clerk of Court of the USDC of Delaware.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Wilmington Trust's Council Barry M. Willoughby and Monte T. Squire in the manner of certified mail.

Thank you,

*[signature: William Boyd]*

William Boyd
602 Tamara Circle
Newark, DE 19711

Defendant's Council info:
Barry M. Willoughby, Esquire
Monte T. Squire, Esquire

Young, Conway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515